**ACKER & WHIPPLE**
A Professional Corporation
STEPHEN ACKER, State Bar No. 64996
LESLIE ANNE BURNET, State Bar No. 134719
811 Wilshire Boulevard, Suite 700
Los Angeles, California 90017
Phone: (213) 347-0240
Fax: (213) 623-1957
Emails: stephenacker@ackerandwhipple.com
lesdieburnet@ackerandwhipple.com

Attorneys for Defendants,
LOWE'S HOME CENTERS, LLC; and XPO LAST MILE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE COURTHOUSE

| | |
|---|---|
| FIRE INSURANCE EXCHANGE,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC; and DOES 1 through 30, Inclusive,<br><br>Defendants.<br><br>XPO LAST MILE, INC.,<br><br>Defendant and Third-Party Plaintiff<br><br>v.<br><br>H.I.P., INC. and ROES 1-25 Inclusive,<br><br>Third-party Defendants. | CASE NO.: 5:17-cv-01364-BLF<br>[Case No. 17CV306687 Santa Clara County Superior Court]<br><br>**STIPULATION AND [PROPOSED] ORDER TO PERMIT DEFENDANT TO APPEAR AT INITIAL EXPEDITED TRIAL SETTING CONFERENCE BY TELEPHONE**<br><br>**DATE: MARCH 7, 2019**<br>**TIME: 10:00 AM**<br>**DEPT.: 6**<br><br>Action Filed: February 23, 2017<br>TRIAL: Vacated |

///

///

///

1.

| | |
|---|---|
| 1 | **WHEREAS**, the Initial Expedited Trial Setting Conference is on calendar for March 7, 2019, at 10:00 a.m. in Courtroom 6 of the San Jose Courthouse of the United States District Court for the Northern District of California; |
| 4 | **WHEREAS**, the office for counsel for Defendant, LOWE'S HOME CENTERS, LLC and Defendant, XPO LAST MILE, INC., is located in Los Angeles, CA, and counsel lives in Los Angeles, CA; |
| 7 | **WHEREAS**, between the airfare, car rental, airport parking, it will cost approximately $750 and involve most of the day to attend the hearing in person; |
| 9 | **WHEREAS**, telephonic appearances generally are permitted for Case Management Conferences under Local Rule 16-10(a), providing that a party seeking to appear telephonically shall submit a request in this regard at least seven (7) days in advance of the conference; and |
| 12 | **WHEREAS**, Plaintiff, FIRE INSURANCE EXCHANGE, has no objection to Defendant, LOWE'S HOME CENTERS, LLC, and Defendant, XPO LAST MILE, INC., attending the Initial Expedited Trial Setting Conference by the telephone, |
| 15 | **IT IS HERBY STIPULATED** by and between counsel for plaintiff and defendants that Defendant, LOWE'S HOME CENTERS, LLC, and Defendant, XPO LAST MILE, INC., may attend the Initial Expedited Trial Setting Conference by telephone. |

DATED: February 14, 2019

**ACKER & WHIPPLE**,
A Professional Corporation

By: /s/ Leslie Anne Burnet
STEPHEN ACKER
LESLIE ANNE BURNET
Attorneys for Defendants, LOWE'S HOME
CENTERS, LLC and XPO LAST MILE, INC.

///
///

2.

STIPULATION AND [PROPOSED] ORDER
Fire Insurance Exchange v. Lowe's Home Centers, LLC, et al.
Case No.: 5:17-cv-01364-BLF

DATED: February 15, 2019　　HARTSUYKER, STRATMAN & WILLIAMS - ABREGO

By: _____
MICHAEL K. KUSHNER, ESQ.
Attorneys for Plaintiff, FIRE INSURANCE EXCHANGE

**ORDER: PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: February 19, 2019　　_____
United States District Magistrate Judge

3.

STIPULATION AND [PROPOSED] ORDER
Fire Insurance Exchange v. Lowe's Home Centers, LLC, et al.
Case No.: 5:17-cv-01364-BLF